IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Twenty-Eight Thousand Two Hundred
Seventy Dollars ($28,270.00) in
United States Currency,

    Defendant.

Civil No. 02-1010-A

## ORDER ON CONTINUANCE

Upon motion of the United States, the trial in the above-styled case is continued from its current setting of July 11, 2005 to **AUGUST 15, 2005 AT 9:30 A.M.**

**IT IS SO ORDERED**, this _24th_ day of _June_, 2005.

_S. Thomas Anderson_
S. THOMAS ANDERSON
United States Magistrate Judge

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___7/11/05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:02-CV-01010 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT