IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America,

vs.                                                                 02-1010-An

Twenty-Eight Thousand Two Hundred
Seventy Dollars ($28,270.00) in
U.S. Currency,

ORDER

Upon consideration of the foregoing Application in that behalf, it is ORDERED that a Writ

of Habeas Corpus ad Testificandum issue as prayed for herein, for SYDNEY THOMAS FONDREN

**IT IS SO ORDERED**.

Entered this _08th_ day of _August_, 2005.

S. THOMAS ANDERSON
United States Magistrate Judge

Approved:

TERRELL. L. HARRIS
United States Attorney

By: CHRISTOPHER E. COTTEN
CHRISTOPHER E. COTTEN
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __8/9/05__

30

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:02-CV-01010 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Honorable S. Anderson
US DISTRICT COURT