IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America,

vs.                                                      02-1010-An

Twenty-Eight Thousand Two Hundred
Seventy Dollars ($28,270.00) in
U.S. Currency,

---

### ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

Upon motion of the United States, the writ of habeas corpus ad testificandum for Sydney Thomas Fondren to testify at trial in the above-styled case on August 15, 2005, which the Court entered on August 8, 2005 on the government's application, is VACATED.

**IT IS SO ORDERED**, this 12th day of August, 2005.

S. THOMAS ANDERSON
United States Magistrate Judge

Approved:

TERRELL. L. HARRIS
United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8|15|05

33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:02-CV-01010 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable S. Anderson
US DISTRICT COURT