IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America,

    Plaintiff,

V.                                       Civil No. 02-1010-An

Twenty-Eight Thousand Two
Hundred Seventy Dollars
($28,270.00) in U.S. Currency,

    Defendant.

## CONSENT ORDER

Pursuant to the consent and agreement of the parties hereto, by and through their respective attorneys, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

1. The defendant property shall be divided as follows:

    a. Sixteen thousand two hundred seventy dollars ($16,270.00) shall be forfeited to the United States to be disposed of in accordance with law.

    b. Twelve thousand dollars shall be remitted to Claimant's attorney, Mark L. Agee, 111 West Eaton St., Trenton, Tennessee 38382, for return to Claimants Rebecca Tilford and Margaret Lovelace, to be divided between them as they see fit.

2. The claim of William Robert Tilford in the above-styled case in DISMISSED.

3. The Claimants admit no liability in connection with the seizure of the above-described property, which is the subject of this suit.

4. The United States of America, its agents and employees, are released from any and all claims that might result from the seizure of the defendant property and its subsequent partial release to Claimants as described herein, including, but not limited to, claims for interest, attorney's

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/23/05

fees, and costs.

5. This action is DISMISSED WITH PREJUDICE; and each party shall bear its own attorney's fees and costs.

6. The Clerk of Court shall prepare a judgment incorporating the terms of this Order.

**IT IS SO ORDERED,** this 22nd day of November, 2005.

S. THOMAS ANDERSON
United States Magistrate Judge

APPROVED AND CONSENTED:

LAWRENCE J. LAURENZI
Acting United States Attorney

BY:

CHRISTOPHER E. COTTEN
Assistant United States Attorney
Attorney for Plaintiff

MARK L. AGEE
Attorney for the Claimants

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:02-CV-01010 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Honorable S. Anderson
US DISTRICT COURT