# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA

v.

TWENTY-EIGHT THOUSAND TWO.,　　　CASE NUMBER:　　1:02-1010-An
HUNDRED SEVENTY DOLLARS
($28,270.00) IN US CURRENCY,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　　IT IS ORDERED AND ADJUDGED that in compliance with the Consent Order entered in the above-styled matter on 11/22/2005: 1) The defendant's property shall be divided: $16,270.00 shall be forfeited to the US and disposed of in accordance with the law, and $12,000.00 remitted to Mark L. Agee, Claimant's attorney to be returned to Claimants and divided. 2) The Claim of William Robert Tilford is DISMISSED. 3) Claimants admit no liability with the seizure of the described property. 4) The United States of America, its agents and employees are releases from any and all claims that may result from the seizure of the defendant property and its subsequent partial release to Claimants as described, including but not limited to, claims for interest, attorney's fees, and costs. 5) This action is DISMISSED WITH PREJUDICE and each party shall bear its own attorney's fees and costs.

APPROVED:

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　　　　　　THOMAS M. GOULD
　　　　　　　　　　　　　　　　　　　　　　CLERK

11/28/05　　　　　BY:　　C. Kead
DATE　　　　　　　　　　　DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11/28/05.

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:02-CV-01010 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark L. Agee
AGEE LAW FIRM
111 W. Eaton St.
Trenton, TN 38382

Honorable S. Anderson
US DISTRICT COURT